# COURT OF APPEALS

RE: Trial Cause No: 2014-CR-3809

Appeal No: 04-16-00290-CR

FILED COURT OF APPEALS AT SAN ANTONIO 2017 SEP 25 AM 11:58

Christopher Justice

vs.

STATE OF TEXAS



ORIGINAL

## MOTION FOR REHEARING & NEW TRIAL

1. Greetings to the Honorable Fourth Court of Appeals

2. Comes now Christopher Miguel Justice, seeking a new trial

3. on the grounds that his 6th Amendment Speedy Trial Rights

4. were violated by the State of Texas. Mr. Justice was held in

5. jail at least 514 days before the start of his trial. Mr. Justice

6. also did not get the chance to testify, due to listening

7. to bad advice from his attorney. Mr. Justice cannot in good

8. Conscience, listen to, & read the lies by his X-wife, and request

9. a new trial so he may testify, & remove this wrongful

10. conviction from his record in a new jury trial.

11. Wherefore Premises Considered,

12. Mr. Justice respectfully prays in Jesus name the court grants

13. said motion for rehearing & new trial.

I do certify, allege, state, or affirm under penalty of perjury the above lines 1 through 13 are true & correct to the best of my Knowledge.

Respectfully submitted, this the 21st day of September 2017

Christopher M. Justice

Chris Justice
Telford Unit
3899 State Hwy 98
New Boston, T.X. 75570

# COURT OF APPEALS

RE: Trial Cause No: 2014-CR-3809
Appeal No: 04-16-00290-CR

Christopher Justice
vs.
STATE OF TEXAS



## MOTION FOR REHEARING & NEW TRIAL

1. Greetings to the Honorable Fourth Court of Appeals
2. Comes now Christopher Miguel Justice, seeking a new trial
3. on the grounds that his 6th Amendment Speedy Trial Rights
4. were violated by the State of Texas. Mr. Justice was held in
5. jail at least 514 days before the start of his trial. Mr. Justice
6. also did not get the chance to testify, due to listening to
7. bad advice from his attorney. Mr. Justice canot in good conscience
8. listen to, & read the lies by his x-wife, and request a
9. new trial so he may testify, & remove this wrongful conviction
10. from his record in a new jury trial.

11. Wherefore Premises Considered,

12. Mr. Justice respectfully prays, in Jesus name the court grants
13. said motion for rehearing & new trial.

I do certify, allege, state, or affirm under penalty of perjury the above lines 1 through 13 are true & correct to the best of my knowledge.

Respectfully submitted, this the 21st day of September 2017.

Christopher M. Justice

Chris Justice
Telford Unit
3899 State Hwy 98
New Boston, TX 75570

Chris Justice 2065124
Telford Unit
3899 State Hwy. 98
New Boston, T.X. 75570



SHREVEPORT LA 710

22 SEP 2017 PM 2 L

2017 SEP 25 AM 11:58
KEITH E. HOTTLE, CLERK

Legal Mail!

Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, T.X. 78205-3037

78205-303999